

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR REHEARING

Appellate case name:      In re Bryan Suhre

Appellate case number:   01-22-00011-CV

Trial court case number:  92053-I

Trial court:                      412th Judicial District Court of Brazoria County

Date motion filed:           March 25, 2022

Party filing motion:        Relator

      It is ordered that Relator's Motion for Rehearing is **denied**.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting for the Court

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.

Date:   June 21, 2022